**Charlie SCOTT, Petitioner–Appellant,**

v.

**Kenny ATKINSON, Warden FCI Edgefield; United States Parole Commission, Respondents–Appellees.**

**No. 14–7578.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 16, 2015.

Charlie Scott, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Scott, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Scott v. Atkinson,* No. 9:13–cv–02936–RMG, 2014 WL 5026736 (D.S.C. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*